UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
TRUSTEES OF THE UNITE HERE NATIONAL
HEALTH FUND and TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,         JUDGE LYNCH
        Plaintiff(s),                                       Index No. 07 CV 6771

    -against-                                             AFFIDAVIT OF SERVICE

NORD-RAY BELT MFG., INC.,
        Defendant(s).
--------------------------------------------------------X
STATE OF NEW YORK    )
          S.S.:
COUNTY OF NEW YORK)

    TIMOTHY M. BOTTI, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

    That on the 2nd day of August 2007, at approximately 2:55 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** upon Nord-Ray Belt MFG., Inc. at 100 Orchard Street, Hackensack, NJ 07601, by personally delivering and leaving the same with Norma Sokoloff, Owner, who informed deponent that she is an officer authorized by law to receive service at that address.

    Norma Sokoloff is a white female, approximately 72 years of age, stands approximately 5 feet 7 inches tall, and weighs approximately 160 pounds with frizzy reddish brown hair and dark eyes wearing glasses.

_____
TIMOTHY M. BOTTI #843358

Sworn to before me this
6th day of August, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__