UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRUSTEES OF THE
UNITE HERE NATIONAL HEALTH FUND and
THE TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,
Plaintiffs,

and

NORD-RAY BELT MFG., INC.,
Defendant.

**AFFIDAVIT OF SERVICE**
**07 Civ. 6771 (GEL)**

STATE OF NEW YORK   )
                    ) ss.
County of New York  )

Annie Habeeb, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action and reside in the County of Suffolk, New York 11788.

2. On September 28, 2007 I served the Defendant herein with a copy of the Notice of Dismissal Pursuant to Rule 41(a) by delivering a true copy of said Motion papers in an envelope addressed to the Defendant at 100 Orchard Street, Hackensack, New Jersey 07601 into the custody of the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7007 1490 0000 4218 3776 and regular mail.

_____
Annie Habeeb

Sworn to, before me, this
28th day of September 2007

_____
MICHELE REID
Notary Public, State of New York
No. 01RE6159608
Qualified in Kings County
Commission Expires 01/22/2011